# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  )  **Plaintiff,**  )  )  **v.**  )  )  **STEPHEN HERBERT BRANSON,**  )  )  **Defendant.**  )  _____) | **CRIMINAL ACTION**  No. 04-20151-01 |

## ORDER

On August 22, 2005, the Court held a hearing on the continuation of the sentencing of defendant. Pursuant to the Court's oral ruling at that hearing,

**IT IS ORDERED** that defendant shall undergo a sex offender evaluation and polygraph examination through DCCCA. The evaluation and polygraph shall take place at the CCA Detention Center.

Dated this 23rd day of August, 2005, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge